UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-00360-MOC-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| LAMARCUS DEANDRAY SEABROOKS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion to Withdraw his Motion for Revocation of Detention Order (#18) and Notice of Request for Hearing (#21). Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Withdraw (#24) his Motion for Revocation of Detention Order (#18) and Notice of Request for Hearing (#21) is **GRANTED**, such motions are **DENIED** without prejudice as moot, and the hearing previously noticed on such motions is **CANCELLED**.

Signed: April 12, 2018

Max O. Cogburn Jr.
United States District Judge

1