UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-CR-00360-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LAMARCUS DEANDRAY SEABROOKS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's pro se letter to the Court stating that his attorneys have failed to give him a copy of either his initial or final PSR.

First, defendant is advised that it is inappropriate for a represented party to submit *pro se* pleadings to the Court. L.Cr.R. 47.1(g). In doing so, a defendant may be revealing privileged communications or making a statement that can be used against him later by the prosecution. Defendant should avoid such letters in the future.

As to the substance of the letter, defendant is advised that the Court will go over with him at the time of sentencing whether he has had an adequate opportunity to review the PSR and make objections. If the Court is not satisfied that defendant has had an adequate opportunity to review his PSR and make objections, the Court has the discretion to fashion an appropriate remedy at that time.

# ORDER

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks relief from the Court at this time in his letter (#44), such relief is denied without prejudice to reasserting those concerns at the time of sentencing.

Signed: October 22, 2018

Max O. Cogburn Jr
United States District Judge